

RECEIVED
IN MONROE, LA.

OCT 0 3 2011
AC
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| SOUTHERN BANCARD SERVICES LLC AND CHRISTOPHER T. CUSTER | * | CIVIL ACTION NO.   10-1758 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| HEARTLAND PAYMENT SYSTEMS, INC. | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 32] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiffs' complaint, be, and is hereby DISMISSED, with prejudice, in its entirety.  Fed.R.Civ.P. 41(b).

MONROE, LOUISIANA, this ___3___ day of __October_____ 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE